Case 1:12-cv-06615-KPF-RLE   Document 1-1   Filed 08/29/12   Page 1 of 1

Is there a Ripoff Report about you!? SEO Reputation Management WARNING! Click Here Now!

**Ripoff Report** | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

Don't let them get away with it.® Let the truth be known!™

**Home**   **Help**   **Register to File a Report**   **Login**

| FILE A REPORT | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | | Company Name or Report # |
|---|---|---|---|---|---|---|---|

■ Ripoff Report protects consumers first amendment right to free speech

**Review Latest Reports**   **Advanced Search**   **Browse Categories**

**Report:** #922995

## Complaint Review: Allen Massre

**Related Ripoff Reports**

Allen Massre nique27 CEO at Mass Financial Group Hofstra University Account Executive at Stellar Alliance Internet

Hofstra University This is a selfish self centered obnoxious university!!!!! Uniondale, New York

Hofstra University and Cheryl Betz Director or Residential Life Will not give me a dorm room for senior year false promises Hempstead New York

**Submitted:** Monday, August 06, 2012   **Posted:** Monday, August 06, 2012   **Reported By:** allen — new york New York United States of America

Allen Massre
Internet 10011
United States of America

**Phone:** 923318052029
**Web:** epicstockpicks.com
**Category:** Business Consultants

### Allen Massre nique27 CEO at Mass Financial Group Hofstra University Account Executive at Stellar Alliance Internet

Recommend this on Google   Tweet 0   Like 0



Beginning in 2010 Allen Massre defrauded a number of investors in the New York City Garment District and then parlayed those gains into a ponzi scheme to entice investors to purchase squalid small cap companies, often worthless.

As part of the fraudulent scheme, the New York state court determined that Allen Massre deceived numerous public companies and investors. and was ordered to disgorge the ill-gotten gains as a result. Criminal charges have yet to be pursued, although Judge Thompson issued the following statement:

"Through his blatant fraud, Allen Massre was able to enrich himself at the expense of the investment community. This court further holds Allen Massre in contempt of court for willfully disregarding court orders and sanctions".

As part of the indictment the securities and exchange commission also began an inquiry into the fraudulent nature of Massre's dealings since 2010, including wire fraud, mail fraud, and securities fraud.

| 1 | 0 | 0 |
|---|---|---|
| Author | Consumer | Employee/Owner |

**Rebuttal Box | Respond!**

**Respond to this report!**
File a Rebuttal

**Also a victim?**
File a Report

**Arbitrate**
Set The Record Straight!

**Repair Your Reputation ...the right way!**
Corporate Advocacy Program

**Featured Ripoff Reports**

**The New "Digital Extortion"**
Is there a Ripoff Report on you?



**Reputation Management SEO WARNING!**
They might contact you next!

**NOTICE to Bloggers!**
If you write reviews you want to support this.
Help stop junk lawsuits from killing freedom of speech on the Internet



Anti Slapp laws and why we need them. NOTICE to all consumers! Junk lawsuits targeting free speech are a major threat to the First Amendment and have a chilling effect on consumers first amendment right to speak out.

**Privacy Invasion WARNING**



FACEBOOK warns Privacy Invasion. WARNING.. EMPLOYERS SNOOPING YOUR FACEBOOK? Change your Facebook and Twitter privacy settings to only allow friends access to them. Have you been violated by your employer or potential employer by demanding your

**Click on image to enlarge:**



**Did you find this post useful?**   YES   5   NO   8

This report was posted on Ripoff Report on 8/6/2012 4:38:27 AM and is a permanent record located here: //allen-massre/business-consultants/allen-massre-nique27-ceo-at-ma-0d9da.htm. The posting time





*Advertisers above have met our strict standards for business conduct.*