**Home** | **About Us** | **News Archive** | **Trading School** | **Services** | **Disclaimer** | **Contact** |

EPIC STOCK PICKS

JOIN US ON

FIND OUT WHY SMART INVESTORS TURN TO US FOR GAINS OF

*EPIC PROPORTIONS!*

NEW

**Free Mobile Text Alerts!**

**Text "EPIC" to 97000**

*The Fastest way to get our Alerts!*

**SUBSCRIBE TO OUR FREE NEWSLETTER TODAY!**

enter email address JOIN NOW!

Limited Time Only: VIP List is OPEN to the public!
Receive our Reports BEFORE the Crowd! Click Here for More Info.

By Subscribing to our Newsletter, you confirm you have read & agree to our Disclaimer

Close X

SUBSCRIBE TO RECEIVE OUR FREE PENNY STOCK REPORTS! enter email address JOIN NOW!

**(DGRI)'s Share Jumps ON High Volume**

Posted on May 16, 2012 by Ankit Singhania

On Tuesday Dutch Gold Resources, Inc. (PINK:DGRI), a company based in North America concerned with the acquisition and development ofÃ¢â‚¬Â¦ **Continue Reading**

**(BBDA)'s Share soars On Very Unusual Volume**

Posted on May 14, 2012 by Ankit Singhania

KOMA UNWIND, the flagship product of Bebida Beverage Company (PINK:BBDA), a developer, manufacturer and marketer of relaxation and energy drinks Ã¢â‚¬Â¦**Continue Reading**

**Brightpoint, Inc. (CELL)**

**Aruba Networks Climbs**

Gold Stocks, Pharmaceutical Stocks, Biotech Stocks, and Oil Stocks are our specialty. We actively seek out stocks in these sectors as Gold and Oil Prices Increase to Record Levels as well as Pharmaceutical Stocks set for FDA Decision

**Recent Picks** | **Latest Tweets**

Cited in Massre v Bibiyan
12Civ6615 Decided 6/16/14
Archived on 6/23/14
This document is protected by copyright.
Further reproduction is prohibited without permission.



## Shares Boosted By Upgrades

Posted on May 11, 2012 by Ankit Singhania

Shares of Brightpoint, Inc. (NASDAQ:CELL) gapped up on Thursday following analyst at Citigroup upgraded the stock's rating to a "Buy" fromÃ¢â‚¬Â¦ **Continue Reading**

## After Solid Earnings

Posted on May 11, 2012 by Ankit Singhania

Aruba Networks, Inc. (NASDAQ:ARUN) stated that the profit for the 4th quarter jumped sharply on continuous increase in the demandÃ¢â‚¬Â¦**Continue Reading**

Page 1 of 328 1 2 3 4 5 » 10 20 30 ... Last »

Ads Seen On

MarketWatch YAHOO! FINANCE E*TRADE Google finance msnbc zecco TRADING AMERITRADE

| SYMBOL | DATE | ALERT/HIGH | GAIN |
|---|---|---|---|
| BLGA | 5/2013 | .035.0788 | 125% |
| PLPE | 4/2013 | .0056-.048 | 757% |
| APGS | 3/2013 | .006-.0415 | 591% |
| CDIF | 1/2013 | .0058-.0195 | 236% |
| MKRS | 1/2013 | .05-.60 | 1,100% |
| TUCN | 1/2013 | .018-.071 | 294% |
| TLPH | 1/2013 | .03-.125 | 316% |
| BBYP | 2/20[illegible] | .006-.018 | 190% |

No public Twitter messages.

Follow Me on Twitter

Chat Room Enter chat ▾

## Testimonials

"this is the best subscription i ever had and i would like to say that you are the best. im waiting for the another hot penny stock pick from you.... thanks for the previous picks. God Bless You."

Harkamal T.

"Wow! POZN is approved! Thank you for your great DD."

Nicco R. (New York, NY)

Content copyright 2013-2014. All rights reserved. Epic Stock Picks - Hot Penny Stock | Contributor's Login

Traffic Rank epicstockpicks.com 680,257 Powered by Alexa

Cited in Massre v Bibiyan 12Civ6615 Decided 6/16/14 Archived on 6/23/14 This document is protected by copyright. Further reproduction is prohibited without permission.